———————————— x

CHRISTOPHER BRODEUR

against

FACEBOOK ; MARK ZUCKERBURG

————————————x

*(IFP INSIDE!)*

*(URGENT!)*

**RICO**

CLASS ACTION

JURY DEMANDED

**(NOTE!)** I have many handicaps that other *Pro Se* Complainants do not have. (Ex: I can't even type this or print it out! Yeesh.) I simply can't meet many of your rules of etiquette. (I can't even double-space this [etc] because of limits on paper and mailing.) (Ergo, sorry for the "density".) My life is like a house on fire, and the house I'm staying in *is being sold abruptly* and I must move in 30-ish days and have **NO OPTIONS**. No family or safety net — AND my health (etc) is in ruins and I'm on SSI disability. (It's a LOT worse than I'm making it sound.) THANK YOU FOR UNDERSTANDING. And I apologize in advance for the imperfections herein. *

① I DIDN'T WANT TO FILE THIS TORT (I've got far more Urgent & _important_ legal battles and court cases)... but crooked Facebook keeps doing crazy _illegal_ acts against me and millions of other CUSTOMERS.

② AT FIRST, it will be most people's assumption that this tort may be frivolous — but my legal track record of WINS in courts of law says otherwise. I've only been using Facebook for ~~ably~~ a year and was REPEATEDLY SCREWED OVER BY THEM. Like you, I first thought this was another Bad Corporation — but that their EVIL actions were unfortunately "legal". The more they screwed me and friends over, however, the more I realized they HAD crossed the line into _ILLEGAL_, _SYSTEMIC CORRUPTION_. (I concede it's not the _strongest_ tort I've done... but it's a LOT stronger than, say, Roe v. Wade!)(I agree with legal abortion, but Roe was a WEAK case!)

(The weakest part of this tort is showing Damages. But I shall, I think.)

③ IF THE COURT AGREES TO ALLOW A JURY TO DECIDE THIS CASE, I ASK FOR CLASS ACTION status, because many of my fellow Americans have suffered, too. (I STAND UP AND FIGHT LAWLESS GOLIATHS.) →

* Thank goodness the SCOTUS and Fed Case law recognizes us little poor people have EQUAL access to the courts as rich people or professional attorneys do.

1

## ARGUMENT

④ TO MY SURPRISE, Facebook (FB) affects a LOT more than just their own website. ex: many OTHER websites utilize Facebook and their software or such. Huffington Post is just one example of far too many. The Boston Herald is another.

⑤ I'M ONE OF MANY POLITICAL ACTIVISTS/WHISTLEBLOWERS/INVESTIGATIVE REPORTERS who uses the web and FB not for trivial matters, but instead to EXPOSE THE CRIMINALS WHO RUINED OUR SOCIETY... and I think it's now settled that the internet is the most "dangerous" tool in mankind's history. ex: YOUTUBE (and FB) has destroyed Goliaths astonishingly well. ex: YT has JAILED many dirty cops and FREED many innocent men. (It's so POWERFUL, that many politicians and Police Commissioners have tried to OUTLAW ANYONE FILMING THESE PUBLIC SERVANTS. (!!) Luckily, maniacs like NYC Mayor Bloomberg & PC Ray Kelly failed (so far). ex: whistleblowers like me are BANNED on all sorts of websites b/c the internet has leveled the playing field against the totalitarian powers of govt and Big Business. (The NYPost and others went so far as to STOP allowing any comments because we would instantly post comments disproving each lie in each story, ending their entire Stalin-Hitler PROPAGANDA.)(Both left and right blocked customer complaints.)

⑥ I USE FB TO TEACH MY FELLOW CITIZENS the dirty tricks of the govt & Giant Corporations. Once you reveal how a trick is done, the trick can no longer work.

⑦ IN CASE you THINK I EXAGGERATE, before the internet, "America's Mayor" Looney Giuliani, repeatedly called me "sick and dangerous" on NYC tv and radio because I'm THAT EFFECTIVE a political gadfly. They spent millions falsely jailing me 43-ish times and tortured me in Rikers over 800 days on allegations of... speech! (About 7 of my false arrests were for my POLITICAL CARTOONS!) (GUESS WHY.)
→ YOU CAN IMAGINE HOW "DANGEROUS" THE INTERNET HAS MADE MY SUPER-WHISTLEBLOWING! I'm UNSTOPPABLE. I can blow apart BS like no one else — and that's easy to verify. (I've also won all sorts of awards.) (THIS is why my life is in ruins. I was literally Public Enemy #1 in NYC and Dem/GOP politicians alike united to destroy me to send a Message to all other smart-asses exposing their HUGE scandals.) (Ask for more details.)

(I'm supposed to be BRIEF here!)

⑧ AS YOU WISELY GUESSED, FACEBOOK HAS RED-FLAGGED ME, and keeps helping Goliaths SILENCE me, using LIES (which I will persuasively argue rises to FRAUD). Two FAKE 30-day bans (so far) [easy to verify] and other new "mafia" tactics.

⑨ WHAT FINALLY PUSHED ME TO FILE THIS TORT was that these FAKE bans (which violate FB's own "RULES") (unlike my posts) ALSO HAVE BLOCKED ME FROM doing my super-whistleblowing on many other political and news websites. (!)
This is literally life-and-death stuff. (Ask for more details.) It's not a game.

(I'm like 600 Occupy Wall Streets in ONE man and I've destroyed many careers and I can easily show you I am the most dangerous whistleblower/activist on the planet. I'm so effective and efficient that I even flip Republicans to become liberals and would turn Giuliani & Bloomberg's detectives against them.) (!)

(PARDON ALL SLOPPINESS HEREIN — I'M DROOLING FROM SLEEP DEPRIVATION AND DOING OTHER TASKS AT THE SAME TIME.)

⑩ I WILL PROVE IN A TRIAL (or just a 4-hour hearing in your court) that FBook...

(pardon cliffhanger!)

2

★ A) WORKS IN CONJUNCTION WITH THE CRIMINALS WE EXPOSE.
(I almost wrote "Law Enforcement" but that's a total misnomer: both Stalin & Hitler were Law Enforcement too. ALL of history's GREATEST CRIMINALS were... so-called Law Enforcers. The term means nothing.) Big Business as well.

★ B) LIED TO THIS CUSTOMER AND SYSTEMICALLY ALL OF THEM... in order to protect these CRIMINAL ORGANIZATIONS and assist their criminal activities.
(ex): Mr. Zuckerberg publicly stated that FB will NOT allow any support of "terrorism", which is a Perfect Lie (aka FRAUD, etc). In fact FB allows all sorts of tributes to terrorists — from convicted terrorist Nelson Mandela (who conceded he was a violent terrorist!) to the Founding Fathers (who SORT of KILLED people to liberate us from the Law Enforcers of King George!) to U.S. Police (who are terrorists by EVERY definition: they use violence or threats of violence to achieve all sorts of Political Goals), and US Military.
[Note: I'm not anti-police or military. I'm ANTI-FRAUD & DECEPTION.]

★ C) THAT THESE LIES & CONSPIRACY(s) CAUSED A MULTI-TUDE OF DAMAGES to me and most of FB's customers. (I can rattle off millions. (ex) you and I paid out BILLIONS for these Super-Mobsters just to settle lawsuits from Police Misconduct. (ex) you and I paid out trillions on a wholly-FALSE War On Drugs RACKET. (ex) Hell... we can link almost every problem in America today — from potholes to the destruction of the American Dream!) (OBVIOUSLY, FB is not responsible for all of this or even all of any example I cite. But can I prove they systemically committed all sorts of FRAUD and that I and most of their customers suffered a variety of 'injuries'? ABSOLUTELY.)
ANALOGY: THEY AIN'T GOTTI... but they are one of his henchmen!

(FB would've already shut down all the whistleblower sites if they thought they could pull it off, but they can't pull that off yet. They have to do this illegal totalitarian crap INCREMENTALLY — hence WHY Mr. Zuck & FB even made the public statements about BLOCKING "TERRORISTS" → READ: "AS POLICE/GOLIATHS DECLARE BLACK LIVES MATTER, OWS, et al, to be TERRORISTS, then FB CAN SILENCE THEM — WITHOUT APPEARING TO BE THE NAZIS OR STALIN [who used similar censorship to stop all "terrorism". OOF!] — SEE? LIKE THEY DID TO MY WHISTLEBLOWING THAT DOESN'T REMOTELY VIOLATE THEIR "RULES" EVEN.)

FUN FACT: I FOUND OUT ALL SORTS of people I've exposed on FB FILED COMPLAINTS with FB to SILENCE ME. Just the # of complaints of "nudity" on my posts that were ALL TEXT (?!!!) should persuade the court that some funny business is going on here. (I look forward to FBook's attys showing you the "evidence" for the two 30-day bans in the past few months! Watch how they demand my tort be expedited cuz they're innocent.* I want a trial ASAP. Because the facts back ME up.)
It's a variation of carpet-bombing: keep wearing us whistleblowers down.

(NOTE: that they have no Due Process for these BANS speaks volumes. Imagine a used-car dealer who sold you a LEMON. Is he going to answer his angry customers? Hell no! An HONEST business wants to hear the complaints of customers wronged. Only an un-scrupulous business does not. Perhaps FB will claim they lack the money to police their own police? Ha ha.)

★ D) I WILL SHOW THAT FB'S ILLEGAL ACTIONS MEET ALL 7-POINTS OF RICO.

(As I write this I'm still debating if I should INCLUDE the govt agencies WE PAY to stop unscrupulous businesses like FB. It's not open to debate that Big Business and Govt ONLY

3  →

*sarcasm. (sorry.)

break laws *because they are generally given* MORE *Equal Protection than us non-billionaires, who don't cut huge checks to the election campaigns of Attorney Generals in the States or the Politicians who run our Consumer "Protection" Agencies or even the Dept. of "Justice".*) (Yes, I realize the case law says Law Enforcement does NOT have to do their Job, but I believe all those precedents are more LIMITED than the cases I will argue. It's time to EVOLVE and more fully honor the Bill Of Rights. Gay Marriage was legalized in 1868 — that was obvious. Yet "Law Enforcement" still blocked it til last summer! YIKES!) WE CAN DO BETTER THAN BEING THE LAUGHING STOCK OF THE WORLD.

And we need the FED courts to SAVE THIS CRUMBLING NATION. The other 2 branches are hopelessly corrupted by many Zuckerburgs. YOU are our only chance.

### REMEDY

11) I'm asking for $750,000 in damages to me and some sort of cash payout to ALL FBook customers who suffered FALSELY and can show this. (Some people are legitimately banned. I think it's INSANE that FB bans female nipples — even the Nazis celebrated nudity, it's worth noting! — but they have that right as a private biz.) (Wait a minute... wouldn't THAT cross the line of ARBITRARY Gender Discrimination, that US & State LAWS prohibit? You either ban ALL nipples or NONE. No PRIVATE biz in the US can discriminate *arbitrarily* based on gender! Hm!) (I think I'm ADDING that argument in!) (Guess how many children have already seen a woman's nipple. Hint: 100%! Most have even suckled, licked, & bitten them! SEE how IRRATIONAL and immature totalitarians like Mr. Z are?) (You can also SEE here why totalitarians MUST ban me: I'm a devastating debater!)

12) I'd also of course ask the Court to appoint a monitor, and we all hash out reforms so FBook no longer DECEIVES ITS CUSTOMERS IN ANY MANNER. More details later.

13) I guess I'm LIMITING my battles on *this* tort, to save time: I won't name the FRAUDULENT Facebook "watchdogs" — "Law Enforcement" — sigh. Losing this safe residence in 30 days means daily panic attacks. It's worse than you could ever guess. (Ask, if you care.) FB's ban just caused MORE damages b/c HOW do I send out the word that I need an emergency place to stay for $400/mo? See? (And FB claims you can't function without FB in modern society! I agree. That's WHY they hamper us truth-tellers.) This is why they had to create whistleblower LAWS and still need more. It's why there are so few whistleblowers out there! ALL of society suffers when Big Biz-Gov't tries to silence truth.

(NOTE:) GOOGLE has done *hundreds* of acts to STOP my exposing their fellow billionaires — from shutting down my blogs (that merely LISTED dozens of Bloomberg's biggest scandals)(!)(curious!) to locking or shutting down many of my email accounts (because I'm the best activist in America, which I can easily prove if you think that's hyperbole). It's no secret that Google AGREED to censor dissent in China (!). Google Alerts even BLOCKED all Major Media links that were unflattering to Naked Emperor Bloomberg! YIKES! (The NY Times complained about that too!) But this is another David v. Goliath tort I will have to file because no one else wants to anger GIANTS. Sigh. /IN OTHER WORDS: please email BOTH accounts below to be safe.

★ IN FORMA PAUPERIS ★
CONSOLIDATED
I am in financial ruins and my ONLY INCOME is $800/mo SSI disability (my body is wrecked and I wish I would die. We need to grow up & legalize ALL doctor-assisted suicide.) $20/mo (!) FOOD STAMPS. $50-ish in a Savings Account. MY BILLS (currently) are $100/mo storage, $400/mo rent. BUT I'M TOLD I'M OUT ON THE STREET OCT 31st!! No options! (House being sold!) No Safety Net or family to stay with. No bonds or ANY other assets. No car etc. I borrow a bicycle. PLEASE WAIVE ALL FEES etc. Thank you.
OCT 1st 2015

ALL ECF, PLEASE! I'm in LIMBO and may become very transient soon. NO MAILING ADDRESS!

Please EMAIL me to ensure I get each notice, etc.! Thanks!
EMPIREGOODNESS@GMAIL.COM    DEBRISBOUQUET@GMAIL.COM

all facts here are true under penalty of perjury: [signature]
4
TIL 10/31/15: 5 DEANE ST, MAYNARD, MA, 01754