## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CHRISTOPHER BRODEUR**
**Plaintiff,**

**v.**                                                    **CIVIL ACTION NO. 15-13529-ADB**

**FACEBOOK and**
**MARK ZUCKERBURG**
**Defendants.**

### ORDER OF DISMISSAL

**BURROUGHS, D.J.**                                           January 21, 2016

On December 4, 2015, the Court ordered the plaintiff to file an amended complaint, compliant with the Local Rules of this Court and Federal Rule of Civil Procedure 8, among others, providing a short and plain statement of each claim showing his entitlement to relief.  D. 10. Plaintiff filed his amended complaint on January 6, 2016.  D. 11.  Plaintiff's amended complaint suffers from the same defects as the original complaint, falling "into the category of complaints which ramble, which needlessly speculate, accuse and condemn, and which contain circuitous diatribes far removed from the heart of the claim."  *Coy Phelps v. Local 0222*, No. CIV.A 09-11218-JLT, 2010 WL 3342031, at *5 (D. Mass. Aug. 20, 2010) *report and recommendation adopted sub nom. Phelps v. Local 0222*, No. CIV.A 09-11218-JLT, 2010 WL 3342023 (D. Mass. Aug. 25, 2010)(quotations additional citation omitted).  As such, it does not give the defendants fair notice of what the plaintiff's claims are and thus fails to comply with the requirements or goals of Fed. R. Civ. P. 8. *See id.* ("The purpose of the notice pleading requirements set forth in Fed.R.Civ.P. 8(a) is to 'give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests.'") (quoting *Swierkiewicz v. Sorema N.A.*, 534 U.S. 506, 512 (2002)).

It appears that Plaintiff's Amended Complaint may include the suggestion of a breach of contract claim regarding Facebook's service agreement, but it is so buried in the narrative that it

would be unfair to require the Defendants to respond to the allegations in their current form.  If Plaintiff wishes to pursue this claim, he should initiate a new case with a complaint that contains a short, clear, concise statement of his claim in a proper form that would allow a defendant to understand and respond to the allegations.

Accordingly, this action is <u>DISMISSED</u>.  Plaintiff's motion for injunctive relief (D. 12) is <u>DENIED</u> as <u>MOOT</u>.

**So Ordered.**

                                       <u>/s/ ALLISON D. BURROUGHS</u>
**UNITED STATES DISTRICT JUDGE**
**ALLISON D. BURROUGHS**