

Re: CV 15-13529 Brodeur v. Facebook
Empire Goodness
to:
Daniel_Hohler
01/23/2016 05:11 PM
Hide Details
From: Empire Goodness <empiregoodness@gmail.com>

To: Daniel_Hohler@mad.uscourts.gov

Security:

To ensure privacy, images from remote sites were prevented from downloading. Show Images

DEAR DANIEL...

1
Judge Burroughs is unclear, as usual:

she said i should RE-FILE the Complaint (ostensibly to erase my prior submissions entirely for a 'fresh start')...

...but does that mean A NEW COMPLAINT TO HER (with new docket number) or NEW COMPLAINT to whichever judge gets it via the lottery system?

2
Will you not send me an APPEAL packet?

(I gather Judge Stearns had NO legal rebuttal to my last appeal to him, via Postcard.)

3
And I'd just like to point out to you, Daniel (as I need your help with all this stuff), that THE COURTS

HAVE SAID REPEATEDLY THAT I'M SMARTER ON THE LAW THAN ALL THE JUDGES ARE.

Numerous Appeals Courts and even SCOTUS has repeatedly decided that

a) umpteen judges DO NOT KNOW THE LAW (which is why DC judges have been overturned on millions of occasions!)

b) that I was RIGHT on the law, time and time again.

From People v. Golb (2014)...

(where the TOP court in NY settled it: 100% of NYC judges and prosecutors BROKE THE LAW for 20+ years (!) *[NONE will be penalized of course!]*------ and I had argued in dozens of courts exactly that, starting 20 years ago)

to even SCOTUS' Gay Marriage verdict in 2015. (i'd argued all over society for 30+ years that Gay Marriage was legalized in 1868's Equal Protection clause.)

So you can imagine how frustrating to hear so many judges still insist the earth is FLAT.... in 2016.

Sigh.

I'm sick of being vindicated way too late.


On Fri, Jan 22, 2016 at 10:22 AM, <Daniel_Hohler@mad.uscourts.gov> wrote:
> Mr. Brodeur,
>
> Please see the attached Electronic Order issued by the Court his morning:
>
> ### United States District Court
>
> ### District of Massachusetts
>
> **Notice of Electronic Filing**
>
> The following transaction was entered on 1/22/2016 at 10:12 AM EST and filed on 1/22/2016
>
> | | |
> |---|---|
> | **Case Name:** | Brodeur v. Facebook et al |
> | **Case Number:** | 1:15-cv-13529-ADB |
> | **Filer:** | |
> | **WARNING: CASE CLOSED on 01/21/2016** | |
> | **Document Number:** | 16(No document attached) |
>
> **Docket Text:**
> **Judge Allison D. Burroughs: ELECTRONIC ORDER entered denying [15] Motion for Reconsideration "The motion for reconsideration is denied for the reasons stated in the prior order. The Court notes again that the immediate issue is not the substance of the complaint but rather the form. A complaint must comply with the rules of civil procedure which requires a form of complaint that enables a defendant to "admit" or**

**"deny" each paragraph. As more fully set forth in the prior order, the plaintiff's complaint in its current form simply does not satisfy the applicable rules and is not in a form that allows a defendant to understand the nature of the claims or properly respond to them." (PSSA, 5)**

Daniel C. Hohler
Pro Se Staff Attorney/Deputy Clerk
United States District Court - District of Massachusetts
(617) 748-4117

CONFIDENTIALITY NOTE: The information contained in this email and any attachment to it is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. It is intended for the sole use of the intended recipient(s). If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it.

| | |
|---|---|
| From: | Empire Goodness <empiregoodness@gmail.com> |
| To: | Daniel_Hohler@mad.uscourts.gov |
| Date: | 01/21/2016 04:42 PM |
| Subject: | Re: CV 15-13529 Brodeur v. Facebook |

### LAYMAN'S QUICKIE MOTION TO RECONSIDER

**SUPER-NUTSHELL VERSION:**
Both my Complaint and Amended Complaint cite systemic GENDER DISCRIMINATION and FRAUD / CONSPIRACY (amongst other irrefutable legal complaints) against Facebook. The court literally ignored 100% of these allegations, as if they were never made, and claimed I cite no laws broken by FB and nothing FB can defend themselves against. The court's order is irrefutably incorrect as proven by the physical evidence.

**SLIGHTLY-MORE-DETAILED VERSION:**

1.
The Court's order makes no sense. It repeatedly says things *contradicted by The Complaint*.

**EX:**
the Court's dismissal says "it appears plaintiff's Complaint may include the suggestion of breach of contract".

Nowhere do I ever mention a breach of contract. Because it's **moot** to my entire complaint.

The "contract" has zilch to do with the illegal activities by FB that i list.  I SPECIFICALLY list many crimes Facebook committed, **like Fraud & Conspiracy.** *(I guess using the word "fraud" dozens of times didn't "suggest" fraud statutes even when I directly state that I'm citing FRAUD statutes.)*

*(I guess it's possible to lump my arguments that FBook-bans-people-who-do-NOT-break-their-"rules" under the "breach of contract" umbrella, but I believed those "rules" to actually not be part of their Terms Of Service contract. I could be technically mistaken about this, but, since FB's "rules" "evolve" constantly, it's impossible for them to get their billion customers to agree to an ever-changing Terms Of Service! But I'm not making any technical arguments about their terms of service. Just their more-casual "rules" of what's allowed this week and what's not allowed, coupled with Mr. Zuckerberg's public lies.)*

**EX:**
**It's not even a secret that there are both <span style="color:red">state and federal STATUTES ON GENDER DISCRIMINATION</span>... so right there I clearly state a SIMPLE CRIME that Facebook is committing systemically (based on common sense).**

Not only can PUBLIC entities not have "whites only" bathrooms, but neither can PRIVATE entities.

Not only can PUBLIC entities not discriminate by GENDER (arbitrarily), neither can PRIVATE entitities.

**<span style="color:red">Facebook is a PRIVATE company that admits loudly and daily that it DISCRIMINATES ARBITRARILY BASED ON GENDER.</span>** *And I give plenty of evidence of the crime, and all sides agree: FB bans artwork etc that does NOT violate their terms of service or ever-flexible "rules" , and suspends accounts that do not violate their contract etc, and these actions VIOLATE FEDERAL AND STATE DISCRIMINATION LAWS.*

**Game Over.**

**If GENDER DISCRIMINATION were my ONLY complaint, that's enough to move the tort forward.**

*(Especially as the court realizes how URGENT this is, as FB tries to cheat a democratic election to help the Establishment Candidates protect the status quo! It's likely TREASON, even!)*

**But I list many other VERY SPECIFIC CRIMES as well.**

*(Their attys can argue why they aren't breaking any laws with their arbitrary gender discrimination -- as proven by the international uproar of FB suspending accounts of people who obeyed the laws on female nudity. As you are well aware, FB cannot legally make any contract that trumps LAW, so, again, their Contracts are MOOT.)*


2.
**<span style="color:red">I repeatedly make out a CLEAR CASE OF FRAUD & CONSPIRACY,</span> and cite how Mr. Zuckerberg LIED TO ALL HIS CUSTOMERS.**

The court is well aware that no businessman can deceive their customers (for monetary gain). I make the case of how his finances and the company's finances will suffer if Mr. Zuckerberg stops lying to his customers to protect terrorists who murder FB's customers! (Yikes!) (THINK about that.)

**IF MY ONLY VALID COMPLAINT were that Mr. Zuckerberg is using illegal actions to STOP WHISTLEBLOWING, that is ENOUGH to move this tort forward.**

3.
I can keep going, and prove many other CONCRETE SPECIFICS of not only CRIMES by FB and Mr. Z, but both my Complaints already did that and the Court says it read none of this.

BEFORE I WAS EVER BORN, it was an international cliche that COURTS ARE BROKEN.

*(Read Kafka's The Trial. Somehow the man flawlessly nailed the American legal system today... but he did it far away and long ago. Must have been a lucky guess, right?)*

4.
**IF THE COURT IS SINCERE, then they would've explained HOW MY COMPLAINTS ABOUT FRAUD, CONSPIRACY, AND GENDER DISCRIMINATION (for example) ARE NOT ACTIONABLE.**

This isn't a game. I am sacrificing my life (ask for details if you doubt this) TO STOP CROOKED BILLIONAIRES. That the court is helping some of the most powerful billionaires escape, is precisely the #1 Cliche of Courts since the invention of courts, is it not? Thruout history, the COURT has always been the TOOL of the Kings and the 1%, to further distort human societies, to mislead the public that There Is A Legit System In Place So You Can Trust Premier Stalin or The Emperor Or The Nazis or W. Bush.

Please. It's 2016. We can do better than this.

**IF THE COURT STILL AGREES I DON'T LIST
- SPECIFIC CRIMES,
- give SPECIFIC EVIDENCE,
- and ask for SPECIFIC pragmatic and practical REMEDIES,
the least you can do is articulate WHY Gender Discrimination and Fraud are not actionable crimes.**

DO UNTO OTHERS. It's that simple.

Thank you for any consideration. Yes, I fully understand the proven and evil history of American courts (the whole world thinks our Federal Courts are a crooked disgrace, from Bush v. Gore to the courts saying corporations are people).

**YOU CAN HELP FIX THIS.**

Or you can instead reinforce it.

I don't mind losing a fair fight.  But this isn't even an unfair fight. You won't allow any fight to begin. (%$#@!)

**Millions of people's lives are being destroyed EACH DAY by the CRIMINAL ACTIVITIES of Facebook.** Look it up if you think i'm exaggerating. Because the entire planet says Courts are POLITICAL ENTITIES FIRST and foremost.

We must do better.

**I turned to YOUR COURT as a last resort,** because all our other "law enforcers" are 100% political, so our crooked Attorney Generals and crooked District Attorneys refuse to touch their campaign donors and the crooked Corporations. YOU at least have lifetime appointment, so we thought we could trust the Federal courts to be the ONE prayer of due process and justice.

And now I have to send The Court's order out to the press and my email lists, so people can SEE we have a LONG way to go to stop imperialism. Sunlight is the best disinfectant. (That's why Facebook blocks it every day.)

disappointed beyond words,
Christopher X. Brodeur


On Thu, Jan 21, 2016 at 12:55 PM, <Daniel_Hohler@mad.uscourts.gov> wrote:
Mr. Brodeur,

Please see the attached Orders issued today in the above-referenced action.